IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| ADAM JAMES PROCHNOW | Violation: 18 U.S.C. § 844(f)(1) |

**Arson**

The Grand Jury Charges:

On or about March 1, 2022, in the District of North Dakota,

ADAM JAMES PROCHNOW

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and explosive materials, a building at 413 3rd Ave. N., Wahpeton, North Dakota, also known as the Richland County Law Enforcement Center, which building is owned by Richland County, an organization receiving federal financial assistance;

In violation of Title 18 United States Code, Section 844(f)(1).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Nicholas W. Chase
NICHOLAS W. CHASE
United States Attorney

RML/ljc