UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM JAMES PROCHNOW,<br><br>Defendant. | Cr. No. 3:22-cr-53<br><br>**NOTICE OF INSANITY DEFENSE** |

The Defendant, Adam Prochnow, submits to the government his Notice of Insanity Defense pursuant to Fed. R. Crim. P. 12.2(a).

Dated this 4th day of October, 2023.

        Respectfully submitted,

        JASON J. TUPMAN
        Federal Public Defender
        By:

        */s/   Rhiannon Gorham*
        Rhiannon Gorham
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        112 Roberts Street North, Suite 200
        Fargo, ND 58102
        Telephone: 701-239-5111
        Facsimile:  701-239-5098
        filinguser_SDND@fd.org