IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM JAMES PROCHNOW,<br><br>Defendant. | Case No. 3:22-cr-00053<br><br>**MOTION TO CONTINUE** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Richard M. Lee, Assistant United States Attorney, moves the Court for an Order Continuing Trial as to Adam James Prochnow. Currently, the trial in <u>United States v. Adam James Prochnow</u>, is scheduled to commence on March 19, 2024.

On October 04, 2023, the defendant filed a Notice of Insanity Defense. (Doc. 33.) The United States moved for a pretrial psychiatric or psychological evaluation by the Bureau of Prisons (BOP) on October 16, 2023, pursuant to 18 U.S.C. §§ 4242(a) and 4247(b) and (c). (Doc. 40.) On October 25, 2023, the Court granted the motion and remanded defendant to the custody of the Attorney General for the purpose of conducting a psychiatric and/or psychological examination to evaluate the existence of insanity at the time of the offense charged. (Doc. 41.) The parties await BOP's psychiatric or psychological report in this matter.

On March 4, 2024, the BOP informed the United States that they expect to file their report soon, however no date was provided. The United States asserts that even if

the parties receive the psychiatric or psychological report prior to the trial date, the United States will need adequate time to notice its expert witness(es). However, the United States is unable to do so without the BOP's report.  Additionally, the defense will need adequate time to prepare its response to the United States' expert's report.

The United States respectfully requests the Court continue the trial as to Mr. Prochnow for a period of 60 days.

The defense counsel, Rhiannon Gorham, does not object to this motion.

Dated:  March 5, 2024.

                                                MAC SCHNEIDER
                                                United States Attorney

By:    */s/ Richard M. Lee*
        RICHARD M. LEE
        Assistant United States Attorney
        ND Bar ID 07647
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        richard.lee3@usdoj.gov
        Attorney for United States