# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 3:22-cr-53 |
| Adam James Prochnow, ) | |
| ) | |
| Defendant. ) | |

Trial in this case is set to begin on July 16, 2024. Doc. 44. A status conference was held on April 22, 2024. Doc. 47. At the status conference, the parties stipulated and agreed that the jury trial should be cancelled, and a bench trial should be set for May 21, 2024, where the Court will determine whether Defendant Adam James Prochnow is not guilty by reason of insanity. Consistent with the agreement at the status conference, the Court **ORDERS** the July 16, 2024, jury trial be cancelled, and a bench trial be set for May 21, 2024, at 9:00 a.m. in Fargo.

**IT IS SO ORDERED**.

Dated this 25th day of April, 2024.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court