UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM JAMES PROCHNOW,<br><br>Defendant. | Cr. No. 3:22-cr-53<br><br>DEFENDANT'S MOTION FOR BENCH TRIAL AND WAIVER OF JURY TRIAL |

Adam Prochnow, Defendant above-named, by and through his attorney, Assistant Federal Public Defender Rhiannon Gorham, moves this Honorable Court for an Order, pursuant to Fed. R. Crim. P. 23(a)(1) and (2), for trial of the above-entitled matter to the court sitting without a jury.

Defendant, by his signature below, specifically acknowledges and understands that he has a right to trial by jury in his case, desires to waive that right, and proceed with a trial before the Court without a jury. By her signature below, Defendant's counsel, Assistant Federal Public Defender Rhiannon Gorham, acknowledges she has discussed with Defendant his right to a jury trial and his desire to waive that right.

Wherefore, Defendant requests his motion be granted, and that trial of the above-entitled matter be held before the Court without a jury.

Assistant United States Attorney Richard Lee has no objection to this motion and will file a consent with the Court.

Dated this 26 day of April, 2024.

_____
Adam Prochnow
Defendant

Dated this 26 day of April, 2024.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

_____
Rhiannon Gorham
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
112 Roberts Street North, Suite 200
Fargo, ND 58102
Telephone: 701-239-5111
Facsimile: 701-239-5098
filinguser_SDND@fd.org