**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **SPECIAL VERDICT FORM** |
| | ) | |
| vs. | ) | Case No. 3:22-cr-53 |
| | ) | |
| Adam James Prochnow, | ) | |
| | ) | |
| Defendant. | ) | |

1.    **Arson**

The Court finds the Defendant, Adam James Prochnow,

_____ Not Guilty     _____ Guilty     __X__ Not Guilty by Reason of Insanity

of the offense of arson, as set forth in Count 1 of the Indictment.

Dated this _21_ day of May, 2024.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court