IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| United States of America,          ) | |
| )                                      | |
| Plaintiff,          )            | **ORDER** |
| )                                      | |
| vs.                            )    | Case No. 3:22-cr-53 |
| )                                      | |
| Adam James Prochnow,        )    | |
| )                                      | |
| Defendant.          )            | |

The Court, having found the Defendant Adam James Prochnow not guilty by reason of insanity after a stipulated trial,

**IT IS ORDERED** that Prochnow shall remain in the custody of the Attorney General until such time as the Bureau of Prisons can commit him to a suitable facility. At such suitable facility, he shall undergo a psychiatric or psychological examination, pursuant to 18 U.S.C. § 4243 and 18 U.S.C. § 4247(b) and (c), to determine if his release would create a substantial risk of bodily injury to another person or serious damage to property.

**IT IS FURTHER ORDERED** that the examination and report shall be completed and provided to the Court, along with two (2) copies of the report for counsel. Upon receipt of the report, the Court will distribute copies to counsel. The Court will schedule a dangerousness hearing to take place within 40 days following the special verdict. See 18 U.S.C. § 4243(c).

Dated this 21st day of May, 2024.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court